**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JERRY L. ANGELO,**

        Plaintiff,

  vs.                                    Civil Action 2:11-cv-362
                                          Judge Marbley
                                          Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

        Defendant.

<u>ORDER</u>

On July 31, 2012, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded to the Commissioner of Social Security for further consideration of plaintiff's cognitive functioning. *Report and Recommendation*, Doc. No. 24.  Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has nevertheless been no objection.

The *Report and Recommendation*, Doc. No. 24, is **ADOPTED AND AFFIRMED**.  The decision of the Commissioner is **REVERSED** and the action is **REMANDED** to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further consideration of plaintiff's cognitive functioning.

**The Clerk is DIRECTED to enter FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                              s/Algenon L. Marbley
                                              Algenon L. Marbley
                                     United States District Judge