IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JERRY L. ANGELO,**

        **Plaintiff,**

  vs.                                          Civil Action 2:11-cv-362
                                                    Judge Marbley
                                                      Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

### ORDER

On July 31, 2012, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded to the Commissioner of Social Security for further consideration of plaintiff's cognitive functioning. *Report and Recommendation*, Doc. No. 24. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has nevertheless been no objection.

The *Report and Recommendation*, Doc. No. 24, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **REVERSED** and the action is **REMANDED** to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further consideration of plaintiff's cognitive functioning.

**The Clerk is DIRECTED to enter FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                                s/Algenon L. Marbley
                                               Algenon L. Marbley
                                         United States District Judge